NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PIERCE MANUFACTURING, INC., OSHKOSH CORPORATION,**
*Plaintiffs-Appellees*

**v.**

**E-ONE, INC., REV GROUP, INC.,**
*Defendants-Appellants*

---

2019-1276

---

Appeal from the United States District Court for the Middle District of Florida in No. 8:18-cv-00617-JSM-TGW, Judge James S. Moody Jr.

---

## JUDGMENT

---

SCOTT J. PIVNICK, Alston & Bird LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by LINDSAY C. CHURCH, JOSHUA MARK WEEKS, Atlanta, GA; KIRK T. BRADLEY, Charlotte, NC.

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for defendants-appellants. Also represented by JUSTIN LOFFREDO, SUSAN TULL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 23, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |